

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00116-CR

**IN RE** Juan Guzman **ZUNIGA** Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting: Karen Angelini, Justice
    Marialyn Barnard, Justice
    Patricia O. Alvarez, Justice

Delivered and Filed: April 26, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

  Relator filed a petition for writ of mandamus on March 6, 2017. On April 3, 2017, Relator filed an "Objection to Interlocutory Ruling Order, Denial of Appointment of Counsel," which this Court considers to be a supplemental petition for writ of mandamus. The court has considered the petition and supplement and is of the opinion Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and supplemental petition for writ of mandamus are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2006CR5239, styled *State of Texas v. Juan Guzman Zuniga*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.